ACCEPTED
03-14-00637-CR
7819544
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 12:16:21 PM
JEFFREY D. KYLE
CLERK



# Rosemary Lehmberg ✫ Travis County District Attorney

P.O. Box 1748  Austin, Texas  78767  •  Telephone: 512-854-9400  •  Fax: 512-854-9695

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

11/13/2015 12:16:21 PM

JEFFREY D. KYLE
Clerk

November 13, 2015

Third Court of Appeals
Jeffrey D. Kyle, Clerk
P.O. Box 12547
Austin, Texas  78711

**RE:  Christopher Brian Roberts v. State of Texas**
**Court of Appeals #03-14-00637-CR**

Dear Mr. Kyle:

This is to acknowledge receipt of your notice, dated November 4, 2015, that the above-referenced cause has been set for oral argument on Wednesday, December 2, 2015, at 1:30 P.M.

Please inform the Court that the State will be represented at the scheduled time by M. Scott Taliaferro.

Sincerely,
*/s/ M. Scott Taliaferro*
M. Scott Taliaferro
Assistant District Attorney
State Bar No. 00785584
P.O. Box 1748
Austin, Texas 78767
(512) 854-9400
Fax No. (512) 854-4810
Scott.Taliaferro@traviscountytx.gov
AppellateTCDA@traviscountytx.gov


MST:vb


cc: Kristin Jernigan
    Attorney at Law
    Kristen@txcrimapp.com

Criminal Justice Center • 509 West 11th Street • Austin, Texas 78701